No. 11–8038/AF.  In re Lee W. Payton, Jr., Petitioner.  Petitioner's motion to submit a corrected petition is granted.

Thursday, June 23, 2011

No. 11–0554/AR.  U.S. v. Terry D. Rorro.  CCA 20100750.  Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA*, *MILLER*, AND *JONES*.

No. 11–0413/NA.  U.S. v. Anthony P. Ballan.  CCA 201000242.  Appellant's motion for enlargement of time to file a brief granted, *but only up to and including July 20, 2011, and absent extraordinary circumstances, no further extension of time will be granted in this case*.

Friday, June 24, 2011

No. 11–0546/AR. U.S. v. Stephen R. Rhoten. CCA 20080971. On consideration of Appellant's motion for enlargement of time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted up to and including July 7, 2011.

Monday, June 27, 2011

No. 11–0494/AF. U.S. v. Michael T. Nerad. CCA 36994. Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.

Tuesday, June 28, 2011